**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff-Respondent, | § | |
| | § | |
| v. | § | Cr. No. C-04-293 (1) |
| | § | C.A. No. C-06-92 |
| JAIME RENE ORTIZ-LOZOYA | § | |
| A/K/A/ ANGEL OLLIVARY, | § | |
| | § | |
| Defendant-Movant. | § | |

## FINAL JUDGMENT

The Court enters final judgment denying defendant Jaime Rene Ortiz-Lozoya's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

ORDERED this 4th day of October, 2006.

Janis Graham Jack
United States District Judge